**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marcus L. WELTON, Defendant–Appellant.**

**No. 10–2856.**

United States Court of Appeals, Seventh Circuit.

Submitted Nov. 17, 2010.*

Decided Nov. 19, 2010.

Meredith P. Duchemin, Office of the United States Attorney, Madison, WI, for Plaintiff–Appellee.

Marcus L. Welton, Pekin, IL, pro se.

Erika L. Bierma, Federal Defender Services, Madison, WI, for Defendant–Appellant.

Before FRANK H. EASTERBROOK, Chief Judge, WILLIAM J. BAUER, Circuit Judge and TERENCE T. EVANS, Circuit Judge.

**Order**

Our most recent decision in this criminal prosecution remanded to the district court for reconsideration in light of *United States v. Corner*, 598 F.3d 411 (7th. Cir. 2010) (en banc).

On remand, the district judge reduced Welton's sentence from 188 to 151 months' imprisonment, adjusting for the crack-powder ratio in the Sentencing Guidelines. Welton has taken another appeal. His lawyer has filed an *Anders* brief, observing that the district court carried out this court's instructions and that the reduced sentence cannot plausibly be contested as unreasonably high. Welton was notified of counsel's position but has not used his opportunity, see Circuit Rule 51, to respond.

Counsel's evaluation of the appeal is accurate. The only issue is how (if at all) to adjust the sentence in light of the discretion recognized by *Corner*. The district judge used that discretion, and an attack on the 151–month term would be frivolous.

---

* This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the rec- ord, we have concluded that oral argument is unnecessary. See Fed. R.App. P. 34(a); Cir. R. 34(f).

Counsel's motion to withdraw is granted, and the appeal is dismissed as frivolous.